**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| TORNIKE A. SAMKHARADZE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:26-CV-00101 RWS |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM AND ORDER**

Petitioner Tornike A. Samkharadze filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but he has neither filed a motion for leave to proceed in forma pauperis nor paid the $5.00 filing fee. Local Rule 2.01(B)(1) authorizes the Clerk of Court to refuse to receive any pleadings "until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." Accordingly, the Court will allow petitioner 30 days to either pay the full filing fee or file a motion to proceed in forma pauperis. His failure to do so in a timely manner will result in a dismissal of this action, without prejudice and without further notice to petitioner.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to petitioner a copy of the Court's "Motion to Proceed in forma pauperis and Affidavit in Support – Habeas Cases" form.

**IT IS FURTHER ORDERED** that petitioner must either pay the $5.00 filing fee or submit a motion to proceed in forma pauperis, within **30 days** of the date of this Order.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to petitioner.

Dated this 11th day of May, 2026.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE