**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| TORNIKE A. SAMKHARADZE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:26-CV-101 RWS |
| | ) | |
| MARKWAYNE MULLIN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of May, 2026.